| | |
|---|---|
| 1 | Marcus Daniel Merchasin, SBN 055927<br>Attorney and Counselor at Law |
| 2 | 582 Market Street, Suite 1400<br>San Francisco, California 94104 |
| 3 | |
| 4 | Telephone Number: 1.415.678.2700<br>Facsimile Number: 1.415.520.0426<br>E-Mail Address: marcusmerchasin@att.net |
| 5 | |
| 6 | Attorney for Defendant<br>Pavel Semenovich Flider |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) CASE NUMBER: CR-00154-VC-1 |
|---|---|
| *Plaintiff,* | ) STIPULATION REGARDING CHANGE OF CURFEW;<br>) [PROPOSED] ORDER |
| v. | ) |
| PAVEL SEMENOVICH FLIDER, | ) |
| *Defendant.* | ) |

It is hereby stipulated by and between the parties that:

1. The defendant, Pavel Semenovich Flider, is currently released from confinement on a secured bond with a host of conditions including electronic monitoring and a curfew that extends from 7:00 p.m. to 8:00 a.m. daily;

2. The parties agree that Defendant Flider's daily curfew may be shortened to extend from 9:00 p.m. to 7:00 a.m.;

3. All other terms and conditions regarding release shall remain in full force and effect;

4. The terms of this stipulated change in curfew were approved by the United States Pre-Trial Services Agency;

//

//

//

Stipulation Regarding Change of Curfew; [Proposed] Order

1 | IT IS SO STIPULATED.

3 | Dated: August 21, 2015

/s/
Philip J. Kearney
Assistant United States Attorney

6 | Dated: August 20, 2015

/s/
Marcus Daniel Merchasin
Attorney for Defendant
Pavel Semenovich Flider

## ORDER

Based on stipulation of the parties, IT IS HEREBY ORDERED that the existing curfew imposed on defendant Pavel Semenovich Flider will be modified to extend from 9:00 p.m. to 7:00 a.m. on a daily basis; all other terms and conditions of the defendant's pre-trial release will remain intact.

DATED this _____ day of _____, 2015.

Hon. Vince Chhabria
Judge, United States District Court