Marcus Daniel Merchasin, SBN 55927
Attorney and Counselor at Law
Post Office Box 10369
Lahaina, Hawaii 96761

Telephone Number: 1.415.269.0481
Facsimile Number:  1.415.520.0426
E-Mail Address: marcus@merchasin.com

Attorney for Defendants Pavel Semenovich Flider and Trident International Corporation, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0154-VC |
| Plaintiff, | **DEFENDANT PAVEL SEMENOVICH FLIDER'S REQUEST TO EXONERATE BAIL** |
| v. | **Magistrate Judge Beeler** |
| PAVEL SEMENOVICH FLIDER AND TRIDENT INTERNATIONAL CORPORATION, LLC, | Ctrm: C, 15th Floor |
| Defendants. | |

    Defendant Pavel Semenovich Flider has surrendered himself as ordered by the Court to begin his prison sentence on July 27, 2018.  It is now appropriate for the Court to exonerate his bail.  Mr. Flider and the persons who posted bail would now like it back now that he is serving his prison sentence.

                                  Respectfully submitted,

Dated:  July 30, 2018                      _____/s/_____
                                               MARCUS DANIEL MERCHASIN, Esq.
                                               Attorney for Defendants Pavel Semenovich Flider and Trident International Corporation, LLC

Defendant Pavel Semenovich Flider's Request to Exonerate Bail
CR 15-0154-VC                                                          1