ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7023 - Fax: (415) 436-7234
   E-Mail: philip.kearney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0154-VC |
| Plaintiff, | |
| v. | MOTION AND [PROPOSED] ORDER REQUESTING COPY OF SEALED JUDGMENTS |
| PAVEL SEMENOVICH FLIDER, AND TRIDENT INTERNATIONAL CORPORATION, LLC, | |
| Defendants. | |

Assistant United States Attorney Philip J. Kearney, hereby moves this Court for an order authorizing the provision of sealed copies of the judgments in the above referenced matters to the parties. Because the judgments are under seal, the parties cannot obtain copies of them without an order of the Court. Accordingly, the United States asks the Court to direct the Clerk of the Court to provide the United States, and Marcus Merchasin, Esq., counsel for both Pavel Semenovich Flider and Trident International Corporation, LLC, with a copy of the judgments. The judgments should remain under seal.

Dated: November 30, 2018                      Respectfully submitted,

                                                  ALEX G. TSE
                                                  United States Attorney
                                                  _____/s/_____
                                                  PHILIP J. KEARNEY
                                                  Assistant United States Attorney

# [PROPOSED] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the Clerk of the Court provide the United States and Marcus Merchasin, Esq., copies of the Judgments in the above referenced case.

Because this case involves under seal proceedings, the Clerk of the Court is directed to maintain the Judgments under seal until further order of the Court.

IT IS SO ORDERED.

DATED: November ___, 2018

_____
VINCE CHHABRIA
United States District Court Judge